# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STEVEN R. BOSANKO,

        Plaintiff,

v.

VILLAGE OF MT. PLEASANT/
SOUTH SHORE FIRE DEPARTMENT,

        Defendant.

Case No. 16-CV-1260-JPS

**ORDER**

On May 2, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without further costs or fees to any party. (Docket #17). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #17) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without further costs or fees to any party.

Dated at Milwaukee, Wisconsin, this 5th day of May, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge